MARY A. TUTTLE, as Administratrix of the Estate of PATRICK TUTTLE, Deceased, Respondent, *v.* GEORGE W. LINCH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.

*Tuttle* v. *Linch*, 156 App. Div. 915, affirmed.
(Argued December 9, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligent operation of a car on defendant's railroad.

*Brainard Tolles, Julien T. Davies* and *Charles E. Chalmers* for appellant.

*John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.